# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2128

_____

United States of America

*Plaintiff - Appellee*

v.

Columbus Tre Lawrence, also known as Tre, also known as Country Lawrence

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern

_____

Submitted: February 26, 2021
Filed: March 4, 2021
[Unpublished]

_____

Before GRASZ, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Columbus Lawrence appeals the sentence the district court[1] imposed after he pled guilty to a firearm offense. His counsel has moved to withdraw, and has filed

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the district court's application of United States Sentencing Guidelines Manual § 2K2.1(b)(6)(B)'s four-level enhancement to Lawrence's advisory offense level for possession of a firearm in connection with another felony offense (Iowa Code § 724.4(1)).

Lawrence argues the district court erred in imposing the enhancement because the conduct leading to his conviction was the same conduct by which he could be held accountable under section 724.4(1). As Lawrence acknowledges, this argument is foreclosed by our decision in *United States v. Walker*, 771 F.3d 449, 452-53 (8th Cir. 2014); *see also United States v. Manning,* 786 F.3d 684, 686 (8th Cir. 2015) ("A panel of this Court is bound by a prior Eighth Circuit decision unless that case is overruled by the Court sitting en banc.").

Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____